UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DEICHER and )
MARY A. MEZERA, )
  )
        Plaintiffs, )
  )
v. ) Case No. 06 C 0356 BBC
  )
CITY OF EVANSVILLE, WISCONSIN )
and CHRISTOPHER JONES, individually )
and in his official capacity as an employee )
of the City of Evansville Police Department, and )
COMMUNITY INSURANCE CORPORATION, )
  )
        Defendants. )

## ORDER TO STAY PROCEEDINGS

Upon consideration of the parties' Joint Motion to Stay Proceedings, the proceedings in this case are hereby stayed until ~~further notice~~ May 1, 2009.

Dated this 6th day of April, 2009.

BY THE COURT:

*Barbara B. Crabb*
Barbara B. Crabb
District Judge