UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DEICHER and )
MARY A. MEZERA, )
  )
            Plaintiffs, )
  )
v. ) Case No. 3:06 CV 356 bbc
  )
CITY OF EVANSVILLE, WISCONSIN )
and CHRISTOPHER JONES, individually )
and in his official capacity as an employee )
of the City of Evansville Police Department, and )
COMMUNITY INSURANCE CORPORATION, )
  )
            Defendants. )
  )

**ORDER ENTERING JUDGMENT**

    The Court hereby enters judgment for plaintiffs, as prevailing parties, based on the jury's finding of two violations of the Driver's Privacy Protection Act, 18 U.S.C. § 2721 *et. seq.*, and on the defendants' agreement to pay plaintiffs a non-nominal amount of stipulated personal injury damages, as set forth in the Confidential Settlement Agreement, incorporated herein by reference

    This Court retains jurisdiction to enforce the Confidential Settlement Agreement and to determine the plaintiffs' statutory claim for an award of attorney's fees and costs pursuant to the Driver's Privacy Protection Act, 18 U.S.C. § 2724(b)(3).

    SO ORDERED this 30th day of April, 2009.

                              BY THE COURT:

                              _Barbara B. Crabb_
                              Barbara B. Crabb
                              District Judge

Judgment entered this 1st day of May, 2009.

                              _Peter Oppeneer_
                              Peter Oppeneer
                              Clerk of Court