UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DEICHER and )
MARY A. MEZERA, )
)
)
Plaintiffs, )
)
v. ) Case No. 3:06 C 0356 BBC
)
CITY OF EVANSVILLE, WISCONSIN )
and CHRISTOPHER JONES, individually )
and in his official capacity as an employee )
of the City of Evansville Police Department, and )
COMMUNITY INSURANCE CORPORATION, )
)
Defendants. )
)

**ORDER TO STAY PROCEEDINGS PENDING FINALIZATION
OF THE SETTLEMENT OF ATTORNEYS FEES**

Upon consideration of the plaintiffs' Motion to Stay, the proceedings in this case are hereby stayed until June 15, 2009, pending finalization of the settlement of attorneys fees.

Dated this 10th day of June, 2009.

BY THE COURT:

Barbara B. Crabb, District Judge